JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERIAWAN HOVINEN NGADIMAN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:25-cv-03289-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Amended Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to the first claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

The remaining two claims for relief are dismissed without prejudice.

DATED: April 3, 2026

Patricia Donahue

_____

Patricia Donahue
United States Magistrate Judge